**Order entered October 18, 2017**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00235-CR

**CHRISTOPHER DANIEL DUNTSCH, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 5**
**Dallas County, Texas**
**Trial Court Cause No. F15-00411-L**

## ORDER

On October 5, 2017, we granted appellant's motion to substitute counsel and granted court reporter Victoria Franklin's October 4, 2017 request for extension of time to file a supplemental reporter's record. On October 10, 2017, Ms. Franklin filed a supplemental reporter's record that appears to contain all exhibits noted in our October 5th order, except for State's sealed exhibits 214 and 215. We **ORDER** court reporter Victoria Franklin to file a supplemental reporter's record with the State's sealed exhibits 214 and 215 within **FOURTEEN DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order to the Honorable Carter Thompson, Presiding Judge, Criminal District Court No. 5; Victoria Franklin, official court reporter, Criminal District Court No. 5; and to counsel for all parties.

/s/     ADA BROWN
          JUSTICE